FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 13 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01385-BNB

PAUL E. JOHNSON,

    Applicant,

v.

SECOND JUDICIAL COURTS, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER OF DISMISSAL

Applicant, Paul E. Johnson, initiated this action by filing *pro se* a Complaint alleging that his sentence to probation is illegal. On June 6, 2011, Magistrate Judge Boyd N. Boland ordered Mr. Johnson to file an amended pleading on the proper habeas corpus application form because he is challenging the validity of a state court criminal sentence and he may do so only in a habeas corpus action pursuant to 28 U.S.C. § 2254. Magistrate Judge Boland advised Mr. Johnson that he must identify the specific federal constitutional rights that allegedly have been violated and that he also must provide specific factual allegations in support of each asserted claim. Mr. Johnson was warned that the action would be dismissed without further notice if he failed to file an amended pleading that complied with Magistrate Judge Boland's June 6 order within thirty days.

On June 9, 2011, Mr. Johnson filed on the proper form an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. However, the habeas corpus

application filed on June 9 does not comply with Magistrate Judge Boland's June 6 order because Mr. Johnson does not include any claims for relief in the application. Instead, the application merely indicates that Mr. Johnson was sentenced to a term of probation pursuant to a guilty plea in Colorado's Second Judicial District, that he has not challenged his conviction or sentence either on direct appeal or in any postconviction proceeding, and that he seeks as relief to be taken off of probation and to have the case removed from his record. Mr. Johnson does not identify any violations of his federal constitutional rights in the habeas corpus application.

The application will be denied and the action will be dismissed because Mr. Johnson has failed to file an application for a writ of habeas corpus that complies with Magistrate Judge Boland's June 6 order. Accordingly, it is

ORDERED that the habeas corpus application is denied and the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Applicant failed to comply with a court order. It is

FURTHER ORDERED that no certificate of appealability will issue because Applicant has not made a substantial showing of the denial of a constitutional right.

DATED at Denver, Colorado, this __13th__ day of ____July____, 2011.

BY THE COURT:

       __s/Lewis T. Babcock___
       LEWIS T. BABCOCK, Senior Judge
       United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01385-BNB

Paul E Johnson
1455 Beeler St
Aurora, CO 80010

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on July 13, 2011.

                              GREGORY C. LANGHAM, CLERK

                              By: _____
                                       Deputy Clerk